UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KINYATTA RINGO and AYONNA PENNINGTON, *individually and on behalf of others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHECKERS DRIVE-IN RESTAURANTS, INC.,<br><br>    Defendant. | No. 4:18-cv-715-DPM |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
AND DISMISS ACTION WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties jointly move for approval of their Settlement Agreement and dismissal of this action with prejudice. In support, the parties state:

1. The plaintiffs initiated this action on September 26, 2018 (Doc. 1), and filed their operative First Amended and Substituted Complaint on January 8, 2019 (Doc. 18). The defendant answered and asserted affirmative defenses on January 22. (Doc. 19.)

2. After arms-length negotiations in which all parties were represented by counsel, the parties have reached an agreement that resolves plaintiffs' claims in this action. All parties believe that the agreement reflects a fair, reasonable, and adequate compromise of a *bona fide* dispute.

3. The settlement has been reduced to writing and signed by all parties. A true and correct copy of the Settlement Agreement is attached as Exhibit A. Plaintiffs' counsel will file documents supporting their requested fees and costs separately under seal.

WHEREFORE, the parties respectfully request that this Court approve of the Settlement Agreement and dismiss this action with prejudice pursuant to the Settlement Agreement's terms.

<table>
<tr><td>

/s/ Josh Sanford

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
Chris Burks
Ark Bar No. 2010207
chris@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

</td><td>

/s/ Ryan T. Hopper

Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Richard C. Mc.Crea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Ryan T. Hopper
Florida Bar No. 0107347
Email: hopperr@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Suite 1900
Tampa, FL 33602
(813) 318-5700 – Phone
(813) 318-5900 – Fax

</td></tr>
</table>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Chris Burks, Esquire
Josh Sanford, Esquire
Sanford Law Firm, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
chris@sanfordlawfirm.com
josh@sanfordlawfirm.com

/s/ Ryan T. Hopper
Attorney

2