IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KINYATTA RINGO; AYONNA
PENNINGTON; and LOUIS SMITH,
Individually and on Behalf of
All Others Similarly Situated                                    PLAINTIFFS

v.                           No. 4:18-cv-715-DPM

CHECKERS DRIVE-IN RESTAURANTS, INC.              DEFENDANT

ORDER

The joint motion to approve the settlement, № 23, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of disputed wage-related facts. The lawyers' fees are also fair and reasonable. The case will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2019