IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KINYATTA RINGO; AYONNA
PENNINGTON; and LOUIS SMITH,
Individually and on Behalf of
All Others Similarly Situated                    PLAINTIFFS

v.                     No. 4:18-cv-715-DPM

CHECKERS DRIVE-IN RESTAURANTS, INC.              DEFENDANT

JUDGMENT

The case is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2019